IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
SOUTHERN DIVISION

| | |
|---|---|
| GARRON VAN BETHEL, ) | |
| a.k.a., GAARON VAN BETHEL, ) | |
| AIS # 181092, ) | |
| ) | |
| Petitioner, ) | |
| v. ) | CASE NO. 1:09-CV-1056-ID |
| ) | (WO) |
| TONY PATTERSON, *et al.*, ) | |
| ) | |
| Respondents. ) | |

# **O R D E R**

After an independent review of the file, it is hereby CONSIDERED and ORDERED that:

1. The petitioner's objection (Doc. # 5) to the Recommendation of the Magistrate Judge, filed on December 11, 2009, be and the same is hereby OVERRULED;

2. The Recommendation of the Magistrate Judge (Doc. #4) filed on November 30, 2009, be and the same is hereby ADOPTED;

3. The instant petition for habeas corpus relief filed by Garron Van Bethel be and the same is hereby DENIED;

4. This cause of action be and the same is hereby DISMISSED in accordance with the provisions of 28 U.S.C. § 2244(b)(3)(A), as Bethel has failed to obtain the requisite order from the Eleventh Circuit Court of Appeals authorizing a federal district court to consider his successive habeas application.

DONE this 6th day of January, 2010.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE